NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JORGE E. ROQUE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7091

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2477, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

The Secretary of Veterans Affairs moves without opposition for a 16-day extension of time, until November 14, 2012, to file its response brief.

Upon consideration thereof,

JORGE ROQUE v. SHINSEKI                                                    2

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT


                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s27